SAO
Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YAHAIRA MELGOZA,<br><br>           Plaintiff,<br>vs.<br><br>CAFE RIO, INC.,<br><br>           Defendant. | Case No:  2:25-cv-00901 |

AMENDED STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST REQUEST)

Pursuant to LR 26-3, IT IS HEREBY STIPULATED, by and through the parties herein, by and through their respective counsel of record, subject to Court approval, the discovery deadlines in this matter be continued by 120 days. This is the first amended stipulation for extension of discovery deadlines.

1. COMPLETED DISOVERY

    A.  The parties are seeking an Extension of Discovery deadlines in Good Faith.

   The parties have been diligent in completing discovery. The following discovery has been completed:

   - Plaintiff's Initial disclosures pursuant to FRCP 26(a)(1);
   - Defendant's Initial disclosures pursuant to FRCP 26(a)(1);
   - Plaintiff's Supplemental disclosures pursuant to FRCP 26(a)(1);
   - Defendant's written discovery requests to Plaintiff Yahaira Melgoza;
   - Plaintiff's written discovery requests to Defendant Cafe Rio

1

2.  DISCOVERY THAT REMAINS TO BE COMPLETED

- Deposition of Defendant Cafe Rio's NRCP 30(b)(6) designee (**noticed for September 26, 2025**);
- Deposition of Plaintiff Yahaira Melgoza (scheduled for September 24, 2025);
- Site inspection of Defendant Cafe Rio's property (**noticed for October 2, 2025**);
- Retention of expert witnesses;
- Depositions of expert witnesses;
- Any other additional discovery the parties deem necessary in support of their respective claims and defenses

3. REASONS WHY DISCOVERY WAS NOT COMPLETED

The parties have been diligent in their discovery efforts thus far. However, additionally time for discovery is necessary due to the compounding nature of discovery in this case. The parties must wait for responses to determine what additional information is necessary to support the parties respective claims and defenses. The parties still have approximately three months remaining in discovery, though the initial expert deadline is quickly approaching. Initially a 60-day extension was considered, but such an extension would have placed the initial expert deadline during the week of the Christmas holiday. Thus, in an effort to avoid scheduling conflicts and issues with expert availability, the parties are requesting a 120-day extension. Good cause exists to grant the requested extension as the parties anticipate needing additional time to identify and conduct additional written discovery.

4 . CURRENT AND PROPOSED DISCOVERY DEADLINES

Currently, the discovery schedule is as follows:

| | |
|---|---|
| Last day to Complete Discovery: | November 18, 2025; |
| Last day to Amend Pleadings: | August 20, 2025; |
| Last day to Disclose Initial Experts: | September 19, 2025; |
| Last day to Disclose Rebuttal Experts: | October 17, 2025; |
| Last day to File Dispositive Motions: | December 18, 2025. |

//

The parties request that the following proposed discovery schedule be adopted:

  Last day to Complete Discovery:  **March 18, 2026**;

  Last day to Amend Pleadings:  **December 18, 2025**;

  Last day to Disclose Initial Experts:  **January 16, 2026**;

  Last day to Disclose Rebuttal Experts:  **February 13, 2026;**

  Last day to File Dispositive Motions:  **April 17, 2026**.

Dated this 29th day of August 2025.  Dated this 29th day of August 2025.

Tingey Injury Law Firm  Litchfield Cavo

  */s/ Thane A. Williams*

_____  _____
Justin L. Dewey, Esq.  Thane A. Williams, Esq.
817 S. Main Street  3993 Howard Hughes Pkwy., Suite 100
Las Vegas, NV 89101  Las Vegas, NV 89169
Attorney for Plaintiff  Attorney for Defendant

3

Case No: 2:25-cv-00901

ORDER

Upon Stipulation by counsel for the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the discovery deadline schedule shall be amended as follows:

| | |
|---|---|
| Last day to Complete Discovery: | **March 18, 2026**; |
| Last day to Amend Pleadings: | **December 18, 2025**; |
| Last day to Disclose Initial Experts: | **January 16, 2026**; |
| Last day to Disclose Rebuttal Experts: | **February 13, 2026;** |
| Last day to File Dispositive Motions: | **April 17, 2026**. |

IT IS SO ORDERED.

_____
United States Magistrate Judge
9-2-25

Respectfully Submitted By:

Tingey Injury Law Firm

_____
Justin L. Dewey, Esq.
817 S. Main Street
Las Vegas, NV 89101
Attorney for Plaintiff

4