THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
THANE A. WILLIAMS, ESQ.
Nevada Bar No. 15991
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile:  (702) 916-1776
Email: McGrathT@LitchfieldCavo.com
Email: WilliamsT@LitchfieldCavo.com
*Attorneys for Defendant Café Rio, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| YAHIRA MELGOZA, an individual,<br><br>               Plaintiff,<br><br>v.<br><br>CAFÉ RIO, INC. and DOES I through X inclusive,<br><br>               Defendants. | CASE NO.:  2:25-cv-00901-MDC<br><br>Removal from District Court, Clark County, Nevada, Case No. A-25-914811-C<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, YAHIRA MELGOZA (hereinafter "Plaintiff"), by and through her counsel of record, Justin L. Dewey, Esq. of the Tingey Injury Law Firm, and Defendant, CAFÉ RIO, INC. (hereinafter "Café Rio"), by and through its counsel of record, Thomas E. McGrath, Esq. and Thane A. Williams, Esq., of the law firm Litchfield Cavo LLP, (each a "Party," and collectively the "Parties"), that all parties and claims be dismissed with prejudice in their

///

Page **1** of **3**

entirety, with each of the parties to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: March 9, 2026 2025.                    **LITCHFIELD CAVO LLP**

                                                By: */s/ Thane A. Williams*
                                                    THOMAS E. MCGRATH, ESQ.
                                                    Nevada Bar No. 7086
                                                    THANE A. WILLIAMS, ESQ.
                                                    Nevada Bar No. 15991
                                                    **LITCHFIELD CAVO LLP**
                                                    3993 Howard Hughes Parkway, Suite 100
                                                    Las Vegas, Nevada 89169
                                                    *Attorneys for Defendant Café Rio, Inc*


DATED: March 9, 2026                          **TINGEY INJURY LAW FIRM**

                                                By: */s/*
                                                    JUSTIN L. DEWEY, ESQ.
                                                    817 S. Main St.
                                                    Las Vegas, NV 89101
                                                    *Attorney for Plaintiff Yahira Melgoza*


                                              **ORDER**

It is hereby ordered that all parties and claims be dismissed with prejudice in their entirety, with each of the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE


                                              DATE: ___3-20-26_____

Page **2** of **3**

Submitted by:


By: /s/ Thane A. Williams
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
THANE A. WILLIAMS, ESQ.
Nevada Bar No. 15991
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant Café Rio, Inc*